SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
NELSON CHILIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>      Plaintiff,<br><br>      vs.<br><br>JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER; SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST; and DOES 1 to 10,<br><br>      Defendants. | Case No.: 5:25-cv-00343-SHK<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: August 6, 2025<br>Time: 10:00 a.m.<br>Courtroom: 3, 3rd Floor<br><br>Honorable Judge Shashi H. Kewalramani |

      To Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER; SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST; and the attorneys of record, if any: Please take notice that on August 6, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 3470 Twelfth Street, Los Angeles, California, Plaintiff NELSON CHILIN will present Plaintiff's motion for default judgment against Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST. The Clerk has previously entered

the default on said Defendants on March 31, 2025 (Dkt. #9) and April 14, 2025 (Dkt. #13).

  At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

  The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,625.00 in attorney's fees, and $825.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 149 N. Euclid Ave., Upland, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

  Notice of the original motion for default judgment by court was served on Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST on July 3, 2025, by first class United States Mail, postage prepaid.

//
//
//

1 | Dated: July 3, 2025                    **SO. CAL. EQUAL ACCESS GROUP**

                                By:   */s/ Jason J. Kim*
                                      Jason J. Kim, Esq.
                                      Attorneys for Plaintiff