JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NELSON CHILIN,

        Plaintiff,

  vs.

JOSEPH H. RAYGOZA D/B/A UPLAND
FLOWER; SUMIYE UMEMOTO, AS
TRUSTEE OF THE SUMIYE
UMEMOTO 2013 REVOCABLE TRUST;
and DOES 1 to 10,

        Defendants.

**Case No.: 5:25-cv-00343-SHK**

~~Proposed~~ **Judgment Re: Default Judgment**

Date: August 6, 2025
Time: 10:00 a.m.
Courtroom: 3, 3rd Floor

Honorable Judge Shashi H. Kewalramani

      Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff NELSON CHILIN shall have JUDGMENT in Plaintiff's favor in the amount of $3,450.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $7,450.00, against Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST.

1

Additionally, Defendants JOSEPH H. RAYGOZA D/B/A UPLAND FLOWER and SUMIYE UMEMOTO, AS TRUSTEE OF THE SUMIYE UMEMOTO 2013 REVOCABLE TRUST are ordered to provide an accessible parking space at the property located at or about 149 N. Euclid Ave., Upland, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: August 13, 2025

Hon. Shashi H. Kewalramani
United States Magistrate Judge